W

JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA — EASTERN DIVISION**

| | |
|---|---|
| ERNESTO ALVARADO,<br><br>                    Plaintiff,<br><br>        v.<br><br>RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, et. al.,<br><br>                    Defendants. | Case No. ED CV 25-03197-FMO (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice.

DATED: January 26, 2026

_____/s/_____
                FERNANDO M. OLGUIN
           UNITED STATES DISTRICT JUDGE